AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 07 2026
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

UNITED STATES OF AMERICA
v.
VICTORIAH CARTIER

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:20-cr-00327-06 KGB
USM No. 75947-509
SHEA WATTS
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 2, 4, 6, 7, 8, 9, 10, 11, 12, 13 of the term of supervision.

☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to refrain from unlawful use of a controlled substance and submit to drug tests. | 06/18/2024 |
| 4 | Failure to live at a place approved by the probation officer and to notify the probation officer of a change or expected change. | 07/05/2024 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9695

Defendant's Year of Birth: 2000

City and State of Defendant's Residence:
Memphis, Tennessee

10/02/2026
Date of Imposition of Judgment

Kristine G. Baker
Signature of Judge

Kristine G. Baker, Chief United States District Judge
Name and Title of Judge

October 7, 2026
Date

DEFENDANT: VICTORIAH CARTIER
CASE NUMBER: 4:20-cr-00327-06 KGB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 6 | Failure to not communicate or interact with someone known to be engaged in criminal activitiy or who has been convicted of a felony without first getting permission of the probation officer. | 05/22/2024 |
| 7 | Failure to not participate, under the guidance and supervision of the probation office, in a mental health treatment program. | 07/10/2024 |
| 8 | Failure to take all mental health medications prescribed by the mental health providers and permit the probation officer permission to verify compliance. | 06/18/2024 |
| 9 | Failure to not participate, under the guidance and supervision of the probation office, in a substance abuse treatment program. | 07/08/2024 |
| 10 | Failure to not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256) or any other material that would compromise the sex offense-specific treatment. | 05/17/2024 |
| 11 | Failure to not possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media without first obtaining permission from the probation officer. | 05/17/2024 |
| 12 | Failure to not allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)). | 05/17/2024 |
| 13 | Failure to not participate in online gaming or utilize or maintain any memberships or accounts of any social networking website or websites that allow minor children membership, a profile, an account, or webpage without approval of the probation office. | 06/18/2024 |

DEFENDANT: VICTORIAH CARTIER
CASE NUMBER: 4:20-cr-00327-06 KGB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________

at ______________ with a certified copy of this judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: VICTORIAH CARTIER
CASE NUMBER: 4:20-cr-00327-06 KGB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No supervised release to follow term of imprisonment.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.