**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:20-cr-00327-06 KGB**

**VICTORIAH CARTIER** **DEFENDANT**

**ORDER**

Pending before the Court is a request from the United States Probation Office to dispose of property seized from defendant Victoriah Cartier. The item to be disposed is a Vortex cell phone, IMEI: 355670123384316, ("cell phone").

For good cause shown, the Court grants the request in accordance with procedures outlined in 41 C.F.R. part 102-41 and the *Guide to Judiciary Policy*. The cell phone is to be released to the appropriate federal, state, or local law enforcement agency for disposal or otherwise appropriately destroyed by the United States Probation Office.

It is so ordered this 3rd day of November, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge